**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14cr2309 JM |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| VICTOR HUGO PEREZ LOPEZ, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Complaint in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: September 19, 2014.

_____
HON. JANIS L. SAMMARTINO
United States District Judge
For HON. JEFFREY T. MILLER
United States District Judge
